UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Alisha Kowalski,<br><br>　　　　Plaintiff,<br>v.<br><br>Comenity, LLC d/b/a Comenity,<br><br>　　　　Defendant. | **Case No. 19-cv- 01022** |

**STIPULATION FOR DISMISSAL**

Plaintiff Alisha Kowalski and Defendant Comenity, LLC hereby jointly request that the Court dismiss Plaintiff's claims with prejudice as to Defendant Comenity, LLC , and with all rights of appeal waived, all parties to bear their own fees and costs.

　　　　　　　　　　　　　　　　　　 /s/ Matthew C. Lein
　　　　　　　　　　　　　　　　　Matthew C. Lein
　　　　　　　　　　　　　　　　　State Bar No. 1084028
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　**LEIN LAW OFFICES, LLP**
　　　　　　　　　　　　　　　　　15692 Hwy 63 North
　　　　　　　　　　　　　　　　　PO Box 761
　　　　　　　　　　　　　　　　　Hayward, Wisconsin 54843
　　　　　　　　　　　　　　　　　Telephone: (715) 634-4273
　　　　　　　　　　　　　　　　　Facsimile: (715) 634-5051
　　　　　　　　　　　　　　　　　mlein@leinlawoffices.com

　　　　　　　　　　　　　　　　　David H. Krieger, Esq.
　　　　　　　　　　　　　　　　　Attorney  ID #9086
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　**HAINES & KRIEGER, LLC**
　　　　　　　　　　　　　　　　　8985 S. Eastern Ave., Suite 350
　　　　　　　　　　　　　　　　　Henderson, NV 89123
　　　　　　　　　　　　　　　　　Phone: (702) 880-5554
　　　　　　　　　　　　　　　　　FAX: (702) 385-5518
　　　　　　　　　　　　　　　　　Email: dkrieger@hainesandkrieger.com
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

/s/ Anna-Katrina S. Christakis
Anna-Katrina S. Christakis
State Bar No. 1023871
**PILGRIM CHRISTAKIS LLP**
321 North Clark Street, 26th Floor
Chicago, Illinois 60654
Ph.: (312) 939-0920
Fax: (312) 939-0983
Email: kchristakis@pilgrimchristakis.com
Attorney for Defendant
